# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1887
LT Case No. 2020-CF-008574

_____

CHRISTOPHER BASS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender, and Jospeh Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski and
Adam B. Wilson, Assistant Attorneys General, Tallahassee, for
Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and JAY and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____